604 A.2d 109

C.A.M., PLAINTIFF–APPELLANT, v. R.A.W., DEFENDANT–RESPONDENT.

November 30, 1990.

## ORDER

The parties having stipulated to a dismissal of this matter, it is ORDERED that the appeal is dismissed.

604 A.2d 109

ARTHUR DIGGS, ET AL., PLAINTIFFS–RESPONDENTS, v. STATE OF NEW JERSEY, NEW JERSEY STATE POLICE, ET AL., DEFENDANTS–MOVANTS.

December 5, 1990.

## ORDER

Leave to appeal is granted; and it is further

ORDERED that the matter is summarily remanded to the Law Division for reconsideration in the light of *Kirk v. Newark*, 109 *N.J.* 173, 536 *A.*2d 229 (1988).

604 A.2d 109

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. BERNARDO B. ROMAN, DEFENDANT–RESPONDENT.

December 5, 1990.

## ORDER

Leave to appeal is granted, and the matter is summarily remanded to the Appellate Division to consider the appeal on the merits.